**Opinion filed April 28, 2017**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00081-CV

_____

## GARY LEE CORPIAN AND MARILU LEE CORPIAN, Appellants

## V.

## CITY OF ABILENE, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 48,766-A**

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a motion to dismiss with prejudice. In the motion, the parties indicate that they have settled all matters in controversy. The parties request that this court dismiss the appeal with prejudice and tax costs against the party incurring same. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.

April 28, 2017                                                    PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.